IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN CAMERON OSWALD,
    Plaintiff,

vs.                                    Case No.: 3:12cv8/LAC/EMT

ESCAMBIA COUNTY SHERIFF'S OFFICE,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order of this court dated April 17, 2012, Plaintiff was given thirty (30) days in which to file an amended complaint (*see* doc. 19). Plaintiff failed to file an amended complaint; therefore, on May 30, 2012, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 20). This order was returned as undeliverable (doc. 21). Although Plaintiff had not (and has not) provided a current or different address, on June 11, 2012, the court mailed a copy of the order to show cause to Plaintiff at his address, as reflected on the Florida Department of Corrections website (*see* docket entry 22). Plaintiff has not responded to the order or filed anything with this court since mid-March 2012.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court, failure to keep the court apprised of his current address, and failure to prosecute.

        At Pensacola, Florida, this 25th day of June 2012.

                                                /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).

Case No: 3:12cv8/LAC/EMT